■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY PEARSON, Appellant. [918 NYS2d 48]—

Concur—Saxe, J.P., Friedman, Acosta, De-Grasse and Richter, JJ.

Motion to file pro se supplemental brief denied.